Zachary P. Takos, Esq., Utah Bar No. 13102
Dustin L. Clark, Esq., Utah Bar No. 12003
TAKOS LAW GROUP, LTD.
10785 West Twain Avenue, Suite 224
Las Vegas, Nevada 89135
Telephone: 702.658.1900
zach@takoslaw.com
dustin@takoslaw.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION, SOUTHERN REGION**

| | |
|---|---|
| MONICA SWAPP REAL ESTATE LLC, a Nevada limited liability company; and TAMP LLC, a Nevada limited liability company;<br><br>Plaintiffs,<br><br>v.<br><br>TURMERIC FRESH INDIAN GRILL LLC, a Utah limited liability company; and MANDEEP JIT, an individual;<br><br>Defendants. | Case No. 4:23-cv-00093<br><br>**COMPLAINT** |

Plaintiffs Monica Swapp Real Estate LLC and Tamp LLC (collectively, "Plaintiffs" or "Lenders"), by and through their counsel of record, the law firm of Takos Law Group, Ltd., hereby complain against the above-named Defendants as follows:

**PARTIES, JURISDICTION, AND VENUE**

1. Plaintiff Monica Swapp Real Estate LLC is a limited liability company organized and existing pursuant to the laws of the State of Nevada. For purposes of substantiating diversity jurisdiction, Plaintiffs state that Monica Swapp and Scott Swapp are the only members of Monica

Swapp Real Estate LLC, and both Monica Swapp and Scott Swapp are citizens of the State of Nevada.

2. Plaintiff TAMP LLC is a limited liability company organized and existing pursuant to the laws of the State of Nevada. Brett Hales and The Tamp Family Trust are the only members of TAMP LLC. For purposes of substantiating diversity jurisdiction, Plaintiffs state that Brett Hales is a citizen of the State of Nevada. The Tamp Family Trust is a non-business trust organized and existing pursuant to the laws of the State of Nevada, and for purposes of substantiating diversity jurisdiction, Plaintiffs state that the trustees of the Tamp Family Trust are citizens of the State of Nevada.

3. Defendant Turmeric Fresh Indian Grill LLC (hereinafter, "Defendant Turmeric" or the "Company") is a limited liability company organized and existing pursuant to the laws of the State of Utah. According to Defendant Turmeric's Certificate of Organization filed with the Utah Department of Commerce, Division of Corporations and Commercial Code (hereinafter, the "Division"), on or about July 30, 2020, and a Summary of Online Changes filed with the Division on or about April 14, 2023, the members of Defendant Turmeric are Gurdeep Jit, Mandeep Jit, Sunny Jit, and Karn Jit, inclusive. The Certificate of Organization and the Summary of Online Changes list each of the Company's four members as having addresses in Washington County, Utah.

4. The United States District Court for the District of Utah has original subject-matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) as the amount in controversy exceeds $75,000, exclusive of interest and costs, and complete diversity of citizenship exists between Plaintiffs on one side and Defendants on the other.

5.      Pursuant to 28 U.S.C. § 1391(b), venue properly lies in the United States District Court for the District of Utah because Defendant Mandeep Jit and all the members of Defendant Turmeric reside in the State of Utah and Defendant Turmeric's principal place of business is located within the State of Utah.  Under 28 U.S.C. § 1391(b)(2), venue properly lies in the United States District Court for the District of Utah for the separate and additional reason that a substantial part of the events or omissions giving rise to the claims set forth herein occurred in the State of Utah

## ALLEGATIONS COMMON TO THE CLAIMS FOR RELIEF

### *Straight Note dated November 3, 2022*

6.      Pursuant to a document signed by Defendants titled "Straight Note," on or about November 3, 2022, each of the Plaintiffs loaned $75,000, for a total of $150,000, to Defendants at an interest rate of 11.5%.

7.      Defendants promised to repay the $150,000 loan by paying Plaintiffs $14,296.88 per month over a term of twelve months commencing on February 1, 2023 until January 1, 2024 when the entire unpaid principal balance, plus any accrued interest, was to become due and payable.

8.      The Straight Note "is secured by TURMERIC FRESH INDIAN GRILL, LLC operations, equipment and all related appurtenances and MANDEEP JIT in his personal capacity as an individual in addition to a Managing Member of TURMERIC FRESH INDIAN GRILL, LLC."

9.      According to the Straight Note, "[d]efault is defined as any monthly interest and principal installment that is Thirty (30) calendar days past due.  Another form of Default would

also include failure to pay the balance of the loan by the maturity date identified as January 1, 2025."

10. Pursuant to the Straight Note, "[s]hould default be made in the payment of any of said installments when due, then the whole sum of principal and interest shall become immediately due and payable at the option of the holder of this Note."

11. As of the filing of this complaint, Defendants have violated the terms of the Straight Note by not paying any of the monthly installments of principal and interest.

12. As of September 14, 2023, the amount due and owing on the Straight Note is $165,812.50, which is comprised of principal in the sum of $150,000 and accrued interest of $15,812.50.

13. Regarding attorneys' fees incurred to collect on the loan, the Straight Note states: "Should suit be commenced to collect this Note or any portion thereof, such sum as the Court may deem reasonable shall be added hereto as attorney's fees."

### *Notice of Default and Acceleration*

14. In a letter dated September 19, 2023, sent to Defendants via certified U.S. mail and email, Plaintiffs' legal counsel notified Defendants of their default on the Straight Note and that "the entire sum of principal and interest is accelerated and is now immediately due and payable under the terms of the Note."

15. As of the time of filing this Complaint, neither Plaintiffs nor their legal counsel have received any payments from Defendants for the outstanding principal and interest on the Straight Note.

## FIRST CLAIM FOR RELIEF
### (Breach of Contract against all Defendants)

16. Plaintiffs repeat and re-allege each and every allegation contained in the preceding paragraphs of this complaint as though fully set forth herein.

17. The Straight Note between Defendants and Plaintiffs is a legally binding and enforceable contract.

18. Defendants have breached the contract with Plaintiffs, and Defendants have defaulted by failing to make the required installment payments.

19. Plaintiffs performed their obligations under the Straight Note by making the $150,000 loan to Defendants.

20. As a direct and proximate result of Defendants' breach of the Straight Note, as of September 14, 2023, Plaintiffs have been damaged in the sum of $165,812.50, which amount continues to accrue interest pursuant to the terms of the Straight Note.

21. Plaintiffs have been forced to retain the services of an attorney and have incurred attorneys' fees and costs as a result of Defendants' failure to perform their obligations under the terms of the Straight Note. Accordingly, Plaintiffs seek an award of reasonable attorneys' fees and costs incurred in this action as expressly authorized by the Straight Note.

## SECOND CLAIM FOR RELIEF
### (Breach of the Implied Covenant of Good Faith and Fair Dealing against all Defendants)

22. Plaintiffs repeat and re-allege each and every allegation contained in the preceding paragraphs of this complaint as though fully set forth herein.

23. An implied covenant of good faith and fair dealing inheres in every contract, including the Straight Note.

24. By reason of the acts or omissions more specifically complained of herein, Defendants breached the implied covenant of good faith and fair dealing by, among other things, failing to repay the loan received from Plaintiffs and thereby injuring Plaintiffs' right to receive the benefits of the contract (i.e., the Straight Note).

25. As a direct and proximate result of Defendants' breach of the Straight Note, as of September 14, 2023, Plaintiffs have been damaged in the sum of $165,812.50, which amount continues to accrue interest pursuant to the terms of the Straight Note.

26. Plaintiffs have been forced to retain the services of an attorney and have incurred attorneys' fees and costs as a result of Defendants' breach of the implied covenant of good faith and fair dealing. Accordingly, Plaintiffs seek an award of reasonable attorneys' fees and costs incurred in this action.

### THIRD CLAIM FOR RELIEF
### (In the Alternative, Unjust Enrichment against all Defendants)

27. Plaintiffs repeat and re-allege each and every allegation contained in the preceding paragraphs of this complaint as though fully set forth herein.

28. Plaintiffs conferred a benefit upon Defendants by loaning them over $150,000 on the Straight Note.

29. Given the nature of this benefit, it would be inequitable to allow Defendants to accept and retain this benefit without repayment for the full value thereof.

30. Defendants accepted and retained this benefit.

31. Defendants knew or should have known that Plaintiffs expected that Defendants would repay the money loaned by Plaintiffs.

32. Plaintiffs have demanded that Defendants repay the money.

33.     As of September 14, 2023, Plaintiffs have been damaged in the sum of $165,812.50, which amount continues to accrue interest pursuant to the terms of the Straight Note. To date, Defendants have failed to repay Plaintiffs the full value of the loan that Plaintiffs made, and thus, Defendants have been unjustly enriched in an amount to be proven at a hearing or trial in this matter.

34.     Plaintiffs have been forced to retain the services of an attorney and have incurred attorneys' fees and costs as a result of Defendants' failure to perform their obligations and their unjust enrichment. Accordingly, Plaintiffs seek an award of reasonable attorneys' fees and costs incurred in this action.

WHEREFORE, Plaintiffs pray for the following relief:

A.     For a judgment awarding Plaintiffs damages in an amount equal to the principal of $150,000 on the Straight Note along with interest, which continues to accrue at the rate set forth in the Straight Note;

B.     For an award of attorneys' fees and costs incurred in connection with bringing and maintaining this action;

C.     For pre- and post-judgment interest; and

D.     For such other and further relief as the Court may deem just and proper.

DATED: October 13, 2023                **TAKOS LAW GROUP, LTD.**

                                                                    /s/ Dustin L. Clark
                                                              Zachary P. Takos, Esq.
                                                              Dustin L. Clark, Esq.
                                                              *Attorneys for Plaintiffs*