UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| MONICA SWAPP REAL ESTATE LLC, a Nevada limited liability company; and TAMP LLC, a Nevada limited liability company;<br><br>Plaintiffs,<br><br>v.<br><br>TURMERIC FRESH INDIAN GRILL LLC, a Utah limited liability company; and MANDEEP JIT, an individual;<br><br>Defendants. | **DEFAULT JUDGMENT AGAINST DEFENDANTS MANDEEP JIT AND TURMERIC FRESH INDIAN GRILL LLC**<br><br>Case No. 4:23-cv-00093-TS-PK<br><br>District Judge Ted Stewart<br>Magistrate Judge Paul Kohler |

Defendants Turmeric Fresh Indian Grill LLC and Mandeep Jit (collectively, "Defendants") having both failed to plead or otherwise defend in this action and their defaults having been entered, ECF Nos. 11 and 13;

Now, upon application of Plaintiffs Monica Swapp Real Estate LLC and and TAMP LLC (collectively, "Plaintiffs") and declarations demonstrating that Defendants owe Plaintiff the sum of $171,562.56, that neither of Defendant are infants or incompetent persons or in the military service of the United States, and that Plaintiff have incurred attorneys' fees in the amount of $21,287.00 awarded by contract, and costs in the sum of $416.62;

It is hereby ORDERED, ADJUDGED, AND DECREED that Plaintiffs recover from Defendants, jointly and severally, the principal amount of $171,562.56, with attorneys' fees in the amount of $21,287.00 as allowed by contract, and costs in the amount of $416.62, for a total judgment of $193,266.18 with any post-judgment interest as provided by law.

DATED this 23rd day of January, 2024.

                                    BY THE COURT

                                    _____
                                    Ted Stewart
                                    United States District Judge